UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

CIVIL ACTION NO. 3:18-CV-73-EBA

JACOB ALBERT SCOTT GRANT,     PLAINTIFF,

V.     **<u>JUDGMENT</u>**

NANCY A. BERRYHILL, Acting
Commissioner of Social Security Administration,     DEFENDANT.

In compliance with Fed.R.Civ.P. 58, and pursuant to Sentence Four of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED AND ADJUDGED that:

(1)     the administrative decision is AFFIRMED; and

(2)     the above-styled action is STRICKEN from this Court's active docket.

Signed March 9, 2020.

Signed By:
Edward B. Atkins   EBA
United States Magistrate Judge